IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DAVID SHABOTINSKY**     Case No. **1:16-cv-4865**

**Plaintiff**

vs.     **HON. ELAINE E. BUCKLO**

**DEUTSCHE LUFTHANSA AG**

**Defendant**

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

NOW COMES the above-named Plaintiff, DAVID SHABOTINSKY ("Plaintiff") and respectfully move this Court for an Order (1) certifying the instant action as a class action; (2) appointing him as Class Representatives; and (3) approving Plaintiffs' Counsel as Class Counsel.

FURTHER, as more fully demonstrated in the accompanying memorandum of law, Plaintiffs have met the applicable requirements for class certification under Rule 23. To be more specific, (a) the proposed Class is sufficiently numerous to make joinder impracticable; (b) there are questions of law and fact common to the proposed Class; (c) the claims of the proposed Class Representative – Mr. Shabotinsky – is typical of the Class; and (d) Mr. Shabotinsky will fairly and adequately protect the interests of the proposed Class. In addition, the requirements of Rule 23(b)(3) are met because questions of law and fact common to the proposed Class predominate over any issues affecting individual Class members, and the class action procedure is the superior method of resolving the claims and defenses in this action. Finally, the Class is ascertainable

because each Class member can be identified or vetted based on objective information recorded in one of the electronic databases maintained by Deutsche Lufthansa AG.

    WHEREFORE, the above-named Plaintiff is respectfully request that this Court grant their motion for class certification; certify the Class as defined herein; designate Mr. Shabotinsky as Class Representative; and appoint Plaintiffs' Counsel as Class Counsel.

    Dated this Motion on this 23rd day of July 2017.

                            Respectfully submitted by
                            GOROKHOVSKY LAW OFFICE, L.L.C.
                            Attorney for Plaintiff

*Vladimir Gorokhovsky, Esq.*

                     BY: /s/ Vladimir Gorokhovsky
                        VLADIMIR GOROKHOVSKY, LL.M.
                        ILND TR. 10994

P.O. Business Address:
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com

                    CERTIFICATE OF SERVICE:

I hereby certify that on July 23rd, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                  BY: *Vladimir Gorokhovsky, Esq.*
                       _____
                       /s/ VLADIMIR GOROKHOVSKY